428 A.2d 1341
**COMMONWEALTH of Pennsylvania**
v.
**Thomas OWENS, Appellant.**

Supreme Court of Pennsylvania.

Argued April 29, 1981.
Decided May 11, 1981.

Stanford Shmukler, Philadelphia, for appellant.

Robert B. Lawler, and Alan Sacks, Philadelphia, for appellee.

Before ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## OPINION

PER CURIAM:

The judgment of sentence of the Court of Common Pleas of Philadelphia is affirmed.

O'BRIEN, C. J., did not participate in the consideration or decision of this case.